UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DONALD CHARLES, et al.,                                     :
                      Plaintiff,          :     24 Civ. 3992 (LGS)
                                                            :
            -against-                                    :
                                                            :            ORDER
HSBC BANK USA, N.A.,                                        :
                      Defendant.          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the case management plan and scheduling Order dated October 17, 2024, required the parties to file a joint status letter by December 16, 2024.

      WHEREAS, the Order states that the parties shall follow the deadlines set forth in the Order unless expressly ordered otherwise by the Court.

      WHEREAS, the parties failed to submit the letter. It is hereby

      **ORDERED** that the parties shall file the joint status letter by December 23, 2024.

Dated: December 18, 2024
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE