# Lee Litigation Group, PLLC

148 W. 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

| | |
|---|---|
| Writer's Direct: | 212-465-1188 |
| | cklee@leelitigation.com |

February 12, 2025
**Via ECF**
The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

> Application **GRANTED** in part and **DENIED** in part. All deadlines shall be **adjourned thirty (30) days**. An amended case management plan will issue separately. The deadline to The parties shall file a joint status letter concerning the outcome of the mediation no later than **March 18, 2025**.
>
> Dated: February 13, 2025
> New York, New York
>
> Lorna G. Schofield
> United States District Judge

Re:  *Charles v. HSBC Bank USA, N.A.*
Case No.: 24-cv-03992

Dear Judge Schofield,

    We are counsel to Plaintiffs in the above-referenced case. We write, jointly with Defendant, to inform the Court that the parties have agreed to mediation before Eric Paltell on March 11, 2025. To allow the parties to focus on potential resolution, the parties request that the Court stay its consideration of Plaintiffs' Request for a Local Rule 37.2 Conference and Extension of Time To Complete Discovery and Defendant's response to such request (Dkt. Nos. 39 and 41) and any deadlines for the filing of pre-motion letters regarding dispositive motions.

    The parties request that they report to the Court concerning the outcome of the mediation in a joint letter by March 18, 2025.

    We thank the Court for its time and consideration of this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.