UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                :

DONALD CHARLES, et al.,           :

                 Plaintiff,   :

                              :       24 Civ. 3992 (LGS)

       -against-           :

                              :         ORDER

HSBC BANK USA, N.A.,          :

                Defendant.  :

                              :

---------------------------------------------------------------:
                                 X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 18, 2025, the Court was informed that the parties have reached a settlement agreement in principle. It is hereby

      **ORDERED** that, by **April 18, 2025**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199, 206 (2d Cir. 2015*)*, *cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

      **ORDERED** that all conferences and trial are **CANCELED**.

Dated: March 19, 2025
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**