UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNA CARBONE-SCAGLIONE and JOSE HACES, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC BANK USA, N.A.,<br><br>Defendant. | Case No.: 1:24-cv-03992-(LGS) |

Motion **DENIED** without prejudice in light of the pending settlement. So Ordered.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 32.

Dated: April 7, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

### NOTICE OF DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Defendant HSBC Bank USA, N.A.'S ("HSBC" or "Defendant") Motion to Dismiss, dated November 1, 2024, the pleadings and records on file in this action, and on such other and further evidence or argument as may be presented at or before a hearing of this Motion, Defendant, by and through undersigned counsel, will move this Court, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order dismissing the claims brought by Anna Carbone-Scaglione and Jose Haces ("Plaintiffs") pursuant to Connecticut's Wage Act, Florida's Minimum Wage Act ("FMWA"), California's Unfair Competition Law and claims for penalties pursuant to California Labor Law 226.

|  |  |
|---|---|
| Dated: November 1, 2024 | MORGAN, LEWIS & BOCKIUS LLP |
|  | By: */s/ Lucas Hakkenberg* |
|  |    Ira Rosenstein |
|  |    Lucas Hakkenberg |
|  | 101 Park Avenue |
|  | New York, NY  10178-0060 |
|  | Telephone:   +1.212.309.6000 |
|  | Facsimile:    +1.212.309.6001 |
|  | ira.rosenstein@morganlewis.com |
|  | lucas.hakkenberg@morganlewis.com |
|  | *Attorneys for Defendant HSBC Bank USA, N.A.* |

## CERTIFICATE OF SERVICE

  I hereby certify that on November 1, 2024, I caused the foregoing document to be served on all parties of record via the Court's ECF/CM system.

                */s/ Lucas Hakkenberg*
                Lucas Hakkenberg