# LEE LITIGATION GROUP, PLLC
148 W. 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

April 15, 2025

**Via ECF**
The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

> Application **GRANTED**. The April 18, 2025, deadline to submit the parties' settlement terms for *Cheeks* review is adjourned. The parties shall submit their *Cheeks* materials by **May 19, 2025**.
>
> Dated: April 15, 2025
> New York, New York
>
> *[signature]*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *Charles v. HSBC Bank USA, N.A.*
      Case No.: 24-cv-03992

Dear Judge Schofield,

We are counsel to Plaintiffs in the above referenced action and write, jointly with counsel to Defendant, to respectfully request a 30-day extension of time to submit the settlement agreement to the Court for *Cheeks* fairness review. Currently the deadline is April 18, 2025, and we respectfully request the extension to May 19, 2025.

As set forth in our prior joint letter dated March 18, 2025 (ECF Dkt 47), the parties have reached a settlement in principle, however, we are still in the process of negotiating the settlement agreement. Drafts have been exchanged; however, the agreement has not yet been finalized. We are hopeful that with the additional time, the agreement can be finalized, signed and submitted to the Court. This is the first request for extension of the deadline and both parties consent to the extension.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF